UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE VEHICLE DESCRIBED AS A NISSAN VERSA WITH LICENSE PLATE OHIO GVA3846 | CASE NO. 3:17mj401<br><br>**MOTION AND ORDER REQUESTING THE SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, RETURN, AND THIS MOTION AND ORDER REMAIN SEALED** |

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for an order requiring that the Search Warrant, the Application and Affidavit for Search Warrant, the Return, and this Motion and Order remain sealed for an additional 120 days or until such time as an Indictment or Information is filed or until directed by this Court.

In support of this Motion, the United States Attorney charges:

1. That there is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Search Warrant, the Application and Affidavit for Search Warrant, the Return, and this Motion at this time.

2. Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the search warrant is subsequent to the filing of an Indictment or Information and arraignment thereon. Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

3. That the disclosure of certain information and statements contained in said documents would greatly hamper an ongoing criminal investigation and the potential prosecution of others.

WHEREFORE, the United States of America respectfully requests that the Search Warrant, the Application and Affidavit for Search Warrant, the Return, and this Motion and Order remain sealed for an additional 120 days and kept from public inspection until further order of the Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/ Megan Gaffney*
MEGAN GAFFNEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Search Warrant, the Application and Affidavit for Search Warrant, the Return, the United States Motion to Seal, and this Order remain sealed for an additional 120 days, and the Clerk is instructed not to unseal the Search Warrant, the Application and Affidavit for Search Warrant, the Return, the United States' Motion to Seal, and this Order until further order of this Court, or the expiration of 120 days, whichever comes first.

___8/30/17___
DATE

_____
HONORABLE MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2